**SNYDER LAW, LLP**
**Sean R. Burnett (SB# 227952)**
**Jessica Farley (SB# 280123)**
420 South Fairview Avenue, Suite 102
Santa Barbara, California  93117
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801
sburnett@snyderlaw.com
jfarley@snyderlaw.com

Attorneys for Defendant TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SUSAN HARTLEY,<br><br>          Plaintiff,<br><br>v.<br><br>TARGET CORPORATION a California corporation; and DOES 1 through 25, inclusive,<br><br>          Defendants.<br>_____ | Case No. CV 14-04561 MRW<br><br>[Los Angeles County Superior Court Case No. BC533817]<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br>[Filed concurrently with Stipulation] |

After review of the parties' Stipulation of Dismissal and good cause appearing therefor, the Court orders this matter dismissed, with prejudice, each party to bear its own fees and costs.


IT IS SO ORDERED.


Dated: October 15, 2015          _____
                                 Hon. Michael R. Wilner
                                 United States Magistrate Judge